# EXHIBIT 3

# EXHIBIT 3

The Gina McCormick Call Recording ("Recording") has been saved to a password protected thumbdrive which was mailed to the Court at 7940 Preston Road, Room 101, Plano, Texas 75024, in accordance with this Court's instructions. Counsel for Ethos will contact the Court with the necessary password information to access the Recording. Finally, Ethos will provide Counsel for Plaintiff a electronic copy of the Recording at the time of the filing of the instant Motion.