IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

GINA MCCORMICK, Plaintiff,

v. Civil Action No. 4:24-CV-457-SDJ

ETHOS TECHNOLOGIES, INC., et al., Defendants.

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Gina McCormick, Defendant Ethos Technologies Inc., and Pro Se Defendant Katy Carter hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

/s/ Katy Carter

Katy Carter (Pro Se)

12800 Red Gate Road

Evansville, IN 47725

katy.carter500@gmail.com

(253) 232-2837

Dated: September 10, 2025